# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IBRAHEEM KAHLOUT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case no. 2:14-cv-1126-KOB-TMP |
| | ) |
| JEFFERSON COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The magistrate judge filed a report and recommendation on May 21, 2015, recommending that the plaintiff's Fourteenth Amendment breach of confidentiality claim against all defendants be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) and/or (2). The magistrate judge further recommended that the Eighth and/or Fourteenth Amendment claims for deliberate indifference to mental health against defendants Marzette, Foster and Nevels be referred to him for further proceedings. Although not specifically made a part of his formal recommendations, the magistrate judge reported that the plaintiff's requests for declaratory and injunctive relief had been rendered moot by his transfer from Jefferson County Jail. No objections have been filed.

The court has reviewed and considered *de novo* all the materials in the court file, including the report and recommendation. The court ADOPTS the magistrate

1

judge's report and ACCEPTS his recommendations.

The court ORDERS that all of plaintiff's claims in this action, *except* his Eighth and/or Fourteenth Amendment claims for deliberate indifference to mental health against defendants Marzette, Foster and Nevels, are DISMISSED pursuant to 28 U.S.C. § 1915A(b). The plaintiff's demand for declaratory and injunctive relief has been rendered MOOT by his transfer from Jefferson County Jail.

The court REFERS this action to the magistrate judge for further proceedings consistent with this Order.

DONE and ORDERED this 30th day of June, 2015.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE