# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IBRAHEEM KAHLOUT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 2:14-cv-00126-KOB-TMP |
| ) | |
| DR. NEVELS, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report on August 10, 2016, recommending the defendants' special report be treated as a motion for summary judgment and further recommending that the motion be granted. (Doc. 49). Although the parties were advised of their right to file specific written objections within fourteen days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby ADOPTS the magistrate judge's report and ACCEPTS the recommendation. Accordingly, the court finds that the defendants' motion for summary judgment is due to be GRANTED, the court finding no genuine issues of material fact exist.

2

DONE and ORDERED this 21st day of September, 2016.

_____
KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE